# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:09cv364

| | |
|---|---|
| DOROTHY M. GRUBBY, ) ) Plaintiff, ) ) vs. ) ) MICHAEL J. ASTRUE, Commissioner ) of Social Security, ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to make a referral thereof to the Magistrate Judge.

Pursuant to 28 U.S.C. 636 and Local Rule LcvR 72.1(3), and in the interest of efficient administration of justice, this matter is referred to United States Magistrate Judge Dennis Howell.

**IT IS THEREFORE ORDERED,** that this matter is referred to United States Magistrate Judge Dennis Howell to preside upon through and including the consideration of dispositive motions, and the issuance to this Court of findings of fact and recommendations for disposition.

**IT IS SO ORDERED.**

Signed: October 5, 2010

Martin Reidinger
United States District Judge