# United States District Court
# For The Western District of North Carolina
# Asheville Division

DOROTHY M. GRUBBY,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                       1:09cv364

MICHAEL ASTRUE, ),

    Defendant(s).


DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 7, 2011 Order.


                                                    Signed: January 7, 2011

*Frank G. Johns, Clerk*
*United States District Court*